IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KERMIT WEST,                )
                            )
        Petitioner,          )
                            )
v.                          )   Civil Action No. 05-438-JJF
                            )
THOMAS L. CARROLL,           )
Warden,                     )
        Respondent.          )

**AEDPA ELECTION FORM**

1. _____   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize

        this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

        _____
        Petitioner