05-438

Kermit West
00043066
1181 Paddock Road
Smyrna De. 19977

TO: Judge Farnan:

I NEED your written permmission for Marshal forms, so i can have Subpeno's Delivered for i am an INmate in De. Dept of Corrections; With your permmission I Need 4 Marshal forms.

THANK you
Kermit West



FILED

AUG 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Kermit West

SBI# 00043076   UNIT D.E. F-14

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk

U.S. District Court

844 N. King Street

lock box 18

Wilmington Del.

19801-3570

UNITED STATES POSTAGE

PITNEY BOWES

02 1A          $ 00.37°

0004395355   AUG 10 2005

MAILED FROM ZIP CODE 19977