OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2005

TO: Kermit West
    SBI# 00043066
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    *RE: Request for 285 Marshal Forms; 05-438(JJF)*

Dear Mr. West:

    A letter has been received by the Clerk's office requesting the above forms. Please be advised that these forms are provided to and are available at the institution where you are currently incarcerated. The Clerk's office does not send forms to inmates based upon individual requests.

    You may want to talk to the Law Librarian regarding what U.S. District Court forms are available from them.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/bad                                     PETER T. DALLEO
                                          CLERK

cc: The Honorable Joseph J. Farnan, Jr.

05-438

Kermit West
00043066
1181 Paddock Road
Smyrna De. 19977

4

TO: Judge Farnan.

I NEED your written permmission for Marshal forms, so i can have Subpeno's Delivered for i am an Inmate in De. Dept of Corrections, With your permmission I Need 4 Marshal forms.

THANK you
Kermit West

FILED

AUG 11 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE