IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kermit West
   Petitioner
      V
Thomas Carroll, Warden
Jane Brady Att. Gen.
   Respondents

C.A NO
05-438-JJF



FILED
SEP - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR ORDER

COMES NOW, Kermit West, Petitioner, Pro Se and moves this Honorable Court for, ORDER for MARSHAL FORMS,

In support of this Motion, Petitioner, states that the following is true and correct to the best of his knowledge.

1. Paralegal Mr. Johnson, stated that Petitioner can not have 4 Marshal forms without Court order.

2. As per letter from Peter Dalleo on Aug 22, 2005

3. Petitioner need the Marshal forms, So the U.S Marshals can serve Subpenoas on the following, Lawrence M. Sullivan Public Defender

1 o 82

530 S. State Street Suite 108, Dover De, 19901, Dept of Corrections, Records Dept Cindy Wright, 1181 Paddock Road, Smyrna De, 19977, Prothonotary, Superiour Court House Georgetown Del.

4. Reasons, to find Petitioners, original Sentencing order, to prove that Petitioner, have been held past his release date

5. WBOC, for transcripts, Made by Byrd Wholey on WBOC News Cast,

Date Aug 31/05

Kermit West
Kermit West
1181 Paddock Road
Smyrna De 19977

2 of 2

IM Kermit west
SBI# 00432616 UNIT D E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King st Lockbox 18
Wilmington De
19801-3570