IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERMIT WEST, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-438-JJF |
| | ) | |
| THOMAS L. CARROLL, | ) | |
| | ) | |
| Respondent. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Kermit West, has applied for federal habeas relief challenging the calculation of his sentences.

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned just completed a 50-page answering brief in a multi-issue first degree murder case in the Delaware Supreme Court.  Furthermore, the undersigned has pre-planned, pre-paid vacation scheduled during the month of September.  The undersigned anticipates completing the answer to the instant petition by November 15, 2005.  This is Respondent's first request for an extension of time.

4.  Respondent submits that an extension of time to and including November 15, 2005 in which to complete the answer in this case is reasonable.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/_____
        Gregory E. Smith, I.D. No. 3869
        Deputy Attorney General
        820 North French Street, 7th Floor
        Carvel State Building
        Wilmington, Delaware  19801
        (302) 577-8398

Dated:  September 20, 2005