## CERTIFICATION OF SERVICE

The undersigned certifies that on September 20, 2005, he electronically filed the attached *Motion for Extension of Time* with the Clerk of Court using CM/ECF. The undersigned further certifies that on September 20, 2005 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Kermit West
SBI No. 00043066
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

                                                  /s/_____
                                                  Gregory E. Smith, ID # 3869
                                                  Deputy Attorney General
                                                  820 North French Street, 7th Floor
                                                  Carvel State Building
                                                  Wilmington, Delaware 19801
                                                  (302) 577-8398