OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 27, 2005

TO: Kermit West
SBI# 00043066
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **Request for 285 Forms; 05-438(JJF)**

Dear Mr. West:

A letter has been received by the Clerk's office requesting the above forms. Enclosed please find 4 U.S. Marshal forms as requested in your letter filed on 9/6/05.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Marshal Forms