## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KERMIT WEST,                              )
                                         )
            Petitioner,                   )
                                         )
     v.                                   )        C.A.No. 05-438-JJF
                                         )
THOMAS L. CARROLL,                        )
                                         )
            Respondent.                   )

## ORDER

Whereas, Respondent Thomas Carroll has requested an extension of time in

which to answer West's petition for writ of habeas corpus and has presented reasonable

cause for the request;

IT IS SO ORDERED this _2_ day of _October_, 200_5_, that Respondents'

answer shall be due on or before November 15, 2005.

Joseph J. Farnan, Jr.
United States District Judge