IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kermit West
Petitioner
v
Thomas Carroll
Respondent

C.A. NO. 05-438-JJF


FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION OF DISCOVERY

Petitioner, Kermit West, request Respondents to produce said documents as listed below, to comply with Court ORDERS.

Stan Taylor D.O.C. Commissioner, Thomas Carroll D.O.C. Warden, Cindy Wright D.OC. Dept of records, Prothonotary Superior Court Georgetown De. to produce original copy of Judge Christie Sentencing Order on Sept 16 1962 that is in thier possession, or other means of keeping of such records.

Date
10/5/05

Kermit West
Kermit West
1181 Paddock Road
Smyrna De 19977

## Certificate of Service

I, _Kermit West_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion of Discovery_ _____ upon the following parties/person (s):

TO: _US District Court_
_844 King Street_
_Lock box 18_
_Wilmingto De 19801_

TO: _Thomas Carroll_
_IN House mail_
_1181 Paddock Road_
_Smyrna De 19977_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _10_ day of _Oct_, 200_5_

_Kermit West_





U.S. District Court
844 King Street
Lock box 18
Wilmington De
19801

I/M Kermit west
SBI# 034066  UNIT D E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977