IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kermit West
Petitioner
V.
Thomas Carroll
Respondent

C.A. NO. 05-438-JJF

NOTICE
MOTION OF DISCOVERY

TO: U.S. DISTRICT COURT
ATT Peter DAIIEO
844 King STREET
Lock box 18
Wilmington De. 19801


FILED
OCT 24 2005
U.S. DISTRICT COURT

Please take notice that the enclosed MOTION FOR Discovery is being presented to this Honorable Court

Date
10/5/05

Kermit West
/s/ Kermit West
1181 Paddock Road
Smyrna De 19977





IM Kermit West
SBI# 034066 UNIT D E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King Street
Lockbox 18
Wilmington De
19801