IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kermit West
Petitioner
V.
Thomas Carroll
Respondent

C.A. NO. 05-438-JJF

## MOTION TO SUBMIT EVIDENCE



RECEIVED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMES NOW, Petitioner, Kermit West, prose moves this Honorable Court to grant his motion to submit new Evidence to the Court, to support his Claim in this Honorable Court.

In support of this Motion, the Petitioner states the following is true and correct; to the best of his Knowledge and beleif

Date 10-25-05

Kermit West
Kermit West
1181 Paddock Road
Smyrna De. 19977

*NEW EVIDENCE*

Del. Title II code
Volume 7   2001

1- D.T. II. C.  102 Applicability to Offenses comm-
itted prior to July 1, 1973
Section (C)

Provision of this Criminal Code govering the trea-
tment and the release or discharge of prisoners, pro-
bationers, and prolees, shall apply to persons under
sentence for offenses committed prior to July 1
1973, except that the minimum or maximum period
of their detention or supervision shall in no case
be increased, nor shall this criminal code affect
the substantive or procedural Validity of any
judgement of conviction entered prior to July
1, 1973, regardless of the fact that appeal time has
not run or that on appeal is pending. II. D.C. 1953 § 102
58 Del. Laws C. 497:1

2-  D.T. II.C. 3901  changed Formerly Senate bill No
331   Feb 2, 1976
Section (D)

When a person is convicted of two or more offenses
arising from the same criminal conduct and is sen-
tence to confinement for two or more separate
offenses such sentence shall be consecutive sent-
ence and not concurrent sentence, approve Feb, 2, 76

3. D.T. 11.C. 3901, Fix terms of imprisonment,
D.O.C. erroneously recalculated defendants multi-
ple sentences and found that they should be cons-
ecutive, the law of the case doctrine did not pre-
clude the Court from recalulating the sentence
mandating for offenses committed after Feb 2, 1976

4. D.T. 11.C 3903, The Prothonotary shall deliver to the
Warden of work house or Jail in which the convicted
person is to be confined, a duly certified copy of
the sentenceing order in every Criminal Case,
Code 1862, 2930 code 1915, 4812, 40 Del law C 2266,
code 1953 5300, 11 Del C. 1953, 3904

I/M *Kermit West*

SBI# 034066 UNIT D E F 14

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King st. Lockbox 18
Wilmington Del
            19801 - 3570