## CERTIFICATE OF SERVICE

I, Kermit West, do hereby that on this date 29 day of Oct 05 copies of, Motion of Discovery, were served by first class mail on the following parties.

Office of the Clerk
US District Court
844 N King st   Lock Box 18
Wilmington De 19801-3570

Thomas Carroll
D.C.C. mailed, In
House mail
1181 Paddock Road
Smyrna De 19977



Oct 29 05

Kermit West
1181 Paddock Road
Smyrna De. 19977

IM Kermit West
SBI# 0234066  UNIT Q E F/Y
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

Office of the Clerk
U.S. District Court
844 N King St Lock Box 18
Wilmington De
19801-3570