IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kermit West
Petitioner
    V
Thomas Carroll
Respondent

C.A. NO. 05-438-JJF

MOTION FOR
IMMEDIATE
RELEASE

TO: U.S. DISTRICT COURT
ATT: Peter Dailes
844 N. King Street
Lock Box 18
Wilmington De 19801-3570



FILED
NOV - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please take notice that the enclosed Motion For Immediate Release, is being presented to this Honorable Court

Date

Kermit West
Kermit West
1181 Paddock Road
Smyrna De 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Kermit West
Petitioner
V.
Thomas Carroll
Respondent

C.A. NO. 05-438-JJF

## MOTION FOR IMMEDIATE RELEASE

Petitioner, Kermit West, prays that this Honorable Court grants this Motion for Immediate Release, for the following reasons as listed below.

1. On Sept 16 1962, Petitioner stood befor Judge Christie in Superior Court in Georgetown Del.

2. On Sept 16, 1962, Petitioner and Public Defenders, H. Edwards Maull and John J. McNeilly. Petitioner entered in a plea agreement, with State of Del. to 2 charges of second degree murder 2 counts, and with mercy of the Court and reccomedation's of the Court.

3. On Sept 16 1962, Judge Christie sentence Petitioner to 2 thirty years Sentence's to run concurrent, Original release was in Jan 89.

4. Dept of Corrections Warden Thomas Carroll has had ample time to produce, Sentenceing order signed by Judge Christie,

5. As to Del. Title 11 Codes, 1974 to 2001, Del. Title 11 Code 102 subsection (c) Pititioner's sentence could not be changed.

6. As to Del. Title 11 code 3903, 1974 to 2001, Warden Thomas Carroll, should have in his possession a certified copy of Petitioner's sentenceing order signed by Judge Christie.

7. As to Law Change, chapter 308 Del. title 11 Code 3901, Formerly Senate bill NO. 331, Subsection (D) consecutive Sentences were mandate for offences committed after Feb 2 1976

8. Petitioner, has more than served his time, Petitioner, has served in all 45 years in prison, 15 years past original release date of thirty years.

9. Petitioner has written to Cindy Wright DOC. Dept of records, asking for a Copy of Sentenceing order, and Del. Public Archives 121 Duke of York St, Dover De 19901 and the Prothontary Superior Court Georgetown Del. Petitioner has not gotten any answers back

10. For the reasons stated above, and to the original Sentenceing order, Petitioner asks for Immediate Release.

   I, Kermit West, states to the best of his Knowledge, the statements above are true and correct, Petitioner ask this Honorable Court to grant this motion for Immediate Release.

Date

Kermit West
/s/ Kermit West
1181 Paddock Road
Smyrna Del. 19977

Certificate of Service

I, Kermit West, do hereby that on this date 1 day of Nov 05, copies of Motion for Immediate Release, were served by first class mail on the following

U.S. District Court
844 N. King St, Lock box 18
Wilmington De. 19801-3570

Thomas Carroll
1181 Paddock Road
Smyrna De. 19977
mailed in house mail

Date Nov. 1. 05

Kermit West
Kermit West
1181 Paddock Road
Smyrna De 19977




IM Kermit West
SBI# 034066  UNIT D.E.F 14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
US District Court
844 N King St Lock Box 18
Wilmington De
  19801-3570