## Certificate of Service

I, _Kermit West_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion to Submit Evidence_ _____ upon the following parties/person (s):

TO: Thomas Carroll
1181 Paddock Road
Smryna De. 19977
In House Mail

TO: Office of Clerk
U.S. District Court
844 N King St Lockbox 18
Wilmington De.
19801-3570

TO: _____

TO: _____

FILED
NOV – 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _3_ day of _NOV_, 2005

_Kermit West_

IM Kermit West
SBI# 034066 UNIT D E F14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 00.60⁰ NOV 04 2005
02 1A
0004395355
MAILED FROM ZIPCODE 19977
UNITED STATES POSTAGE PITNEY BOWES

U.S.M.S. X-RAY

Office of Clern
US District Court
844 N.King St. Lockbox 18
Wilmington De.
19801-3570