# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERMIT WEST, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A.No. 05-438-JJF |
| | ) |
| THOMAS L. CARROLL, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Whereas, Respondent Thomas Carroll has requested an extension of time in which to answer West's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondent's answer shall be due on or before December 15, 2005.

_____
Joseph J. Farnan, Jr.
United States District Judge