**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KERMIT WEST, | ) |
| | ) |
|       Petitioner, | ) |
| | ) |
|       v. | )  C.A.No. 05-438-JJF |
| | ) |
| THOMAS L. CARROLL, | ) |
| | ) |
|       Respondent. | ) |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent hereby submits certified copies of the following Delaware Superior Court records:

    a.    Docket, *State v. Kermit R. West*, Cr. A. No. 4, 1962.

    b.    Docket, *State v. Kermit R. West*, Cr. A. No. 5, 1962.

    c.    Docket, *State v. Kermit R. West*, Cr. A. No. 6, 1962.

    d.    Docket, *State v. Kermit R. West*, Cr. A. No. 7, 1962.

    e.    Docket, *State v. Kermit R. West*, Cr. A. No. 8, 1962.

    f.    Indictment, *State v. Kermit R. West*, Cr. A. No. 4, 1962.

    g.    Sentencing Order dated September 14, 1962, *State v. Kermit R. West,* Cr. A. No. 4, 1962.

    h.    *State v. West*, Cr. A. Nos. 4 & 5, 1962, slip op., Lee, J. (Del. Super. Ct. Feb. 5, 1990).

    i.    Letter from Kermit West to Hon. Henry duPont Ridgley (July 16, 1996).

    j.    Letter from Hon. Richard R. Cooch to Kermit West (August 16, 1996).

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/_____
                                                Gregory E. Smith, I.D. No. 3869
                                                Deputy Attorney General
                                                820 North French Street, 7th Floor
                                                Carvel State Building
                                                Wilmington, Delaware  19801
Dated:  December 13, 2005                       (302) 577-8398