## CERTIFICATION OF SERVICE

The undersigned certifies that on December 13, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned further certifies that on December 13, 2005 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Kermit West
SBI No. 00043066
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                                        STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE

                                        /s/_____
                                        Gregory E. Smith, ID # 3869
                                        Deputy Attorney General
                                        820 North French Street, 7th Floor
                                        Carvel State Building
                                        Wilmington, Delaware 19801
                                        (302) 577-8398