IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KERMIT WEST, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   C.A.No. 05-438-JJF |
| | ) |
| THOMAS L. CARROLL, | ) |
| | ) |
|     Respondent. | ) |

NOTICE OF FILING OF STATE COURT RECORDS-SUPPLEMENT

Respondent hereby submits certified copies of the following Delaware Superior Court records:

    k.    Indictment, *State v. Kermit R. West*, Cr. A. No. 5, 1962.

    l.    Sentencing Order dated September 14, 1962, *State v. Kermit R. West*, Cr. A. No. 5, 1962.

                                           STATE OF DELAWARE
                                           DEPARTMENT OF JUSTICE

                                           /s/_____
                                           Gregory E. Smith, I.D. No. 3869
                                           Deputy Attorney General
                                           820 North French Street, 7th Floor
                                           Carvel State Building
                                           Wilmington, Delaware  19801
                                           (302) 577-8398

Dated:  December 19, 2005