## CERTIFICATION OF SERVICE

The undersigned certifies that on December 19, 2005, he electronically filed the attached *Notice of Filing of State Court Records-Supplement* with the Clerk of Court using CM/ECF. The undersigned further certifies that on December 20, 2005 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Kermit West
SBI No. 00043066
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                                       STATE OF DELAWARE
                                       DEPARTMENT OF JUSTICE

                                       /s/_____
                                       Gregory E. Smith, ID # 3869
                                       Deputy Attorney General
                                       820 North French Street, 7th Floor
                                       Carvel State Building
                                       Wilmington, Delaware 19801
                                       (302) 577-8398