IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KERMIT WEST, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 05-438-JJF |
| | : | |
| THOMAS L. CARROLL, | : | |
| Warden, and CARL C. DANBERG, | : | |
| Attorney General of the | : | |
| State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

At Wilmington, this 19 day of July, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Kermit West's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. Petitioner's Motion for Discovery (D.I. 16.), Motion to Submit Evidence (D.I. 18.), and Motion for Immediate Release (D.I. 19.) are **DENIED** as moot.

3. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE