James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE  19977
August 1, 2008



Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:  West v. Attorney General of Delaware
           Case No. 1:05-cv-438 JJF

Dear Sir or Madam:

    I am requesting copy of final opinion, handed-down in reference to above-entitled.

    Never received copy of same, just order on motion.

Sincerely,

*Kermit West*

Kermit West, 043066

KW:kw



FILED

AUG - 5 2008

U.S. ... ...
DISTRICT OF DELAWARE

✓ MEM OPN DI 28 - sent



I/M  Kermit West
SBI# 043066    UNIT  T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Federal Building

844 N. King Street

Wilmington, DE         19801